UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**THERESA BOSCHEE**, and all others similarly situated,

Plaintiff,

vs.

**BURNET TITLE CO.**,

Defendant.

No. 00-CV-194 (DWF/AJB)

---

**STIPULATION AND ORDER**
**EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED** and agreed to by the parties herein, through their respective undersigned attorneys, that defendant Burnet Title, Inc. shall have an extension of time until March 3, 2000 within which to answer, move or otherwise respond to the Summons and Complaint.

Date: February 16, 2000.

**ZIMMERMAN REED P.L.L.P.**

By ______________________
Barry G. Reed (#90056)
Hart L. Robinovitch (#240515)
Suite 100
901 North Third Street
Minneapolis, MN 55401
Telephone: (612) 341-0400

Attorneys for Plaintiff.

Date: February 14, 2000.

**FAEGRE & BENSON LLP**

By ______________________
Wendy J. Wildung (#117055)
Brian W. Hayes (#294585)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

Attorneys for Defendant.

* * *

FILED FEB 18 2000
[illegible] DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Upon the foregoing Stipulation,

**IT IS SO ORDERED.**

Date: February 16th, 2000.

Arthur J. Boylan
United States Magistrate Judge

M2:20294392.01