UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Theresa Boschee,

Civil No. 00-194 DWF/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

Burnet Title, Inc.,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

This action shall proceed through several phases of discovery. Phase I discovery shall be limited as follows:

1. Discovery shall be commenced in time to be completed by October 1, 2000. Following completion of Phase I discovery, plaintiff's class certification motion shall be briefed, heard and decided. Following the Court's ruling on class certification, a second scheduling hearing will be held to address scheduling issues for the remainder of the action.

2. With respect to class certification issues, disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s): expert identities shall be disclosed on or before July 1, 2000. Reports shall be disclosed on or before August 1, 2000.

FILED APR 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

b. By Defendant(s): expert identities shall be disclosed on or before August 1, 2000. Reports shall be disclosed on or before September 1, 2001.

3. No more than 35 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

4. No more than 8 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions with respect to the subject of class certification.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by June 1, 2000.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, October 1, 2000.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. Plaintiff shall serve her motion for class certification on or before November 1, 2000. (Hearing on the motion shall be scheduled by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. Scheduling and deadlines on dispositive motions other than the class certification motion will be determined at a second pretrial conference to be scheduled following determination of class status.

Dated: 4/24/00

Arthur J. Boylan
United States Magistrate Judge