**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

THERESA BOSCHEE, and all others similarly situated,

Plaintiffs,

v.

BURNET TITLE CO.,

Defendant.

Civil No. 00-194 (DWF/AJB)

**ORDER OF DISQUALIFICATION**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 26, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 26 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge James M. Rosenbaum and Magistrate Judge Franklin L. Noel.

NEW CASE NUMBER 00-194 JMR/FLN

Use this case number for all further filings.