UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-194(JMR/FLN)

Theresa Boschee )
)
v. ) ORDER
)
Burnet Title Co. )

Plaintiff seeks certification of a class of individuals who she alleges have been injured by defendant's improper billing practices. Defendant opposes such certification, contending plaintiff's claims are fatally flawed, and that the requirements for class certification set out in Rule 23 of the Federal Rules of Civil Procedure have not been met. The Court heard oral argument on May 22, 2001.

Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

1. The Court certifies the following class:

> All persons who (1) entered into a federally funded or insured real estate loan between January 26, 1994, and the present; and (2) paid Burnet Title Company for a courier fee, plat drawing/inspection fee, assessment fee, or other similarly named fee for services related to that loan; if (3) the fee paid for the service was more than Burnet Title Company paid to the third-party vendor that provided the service.
>
> Those class members who paid for one or more of the above services after January 25, 1999, may also pursue claims under the Federal Real Estate Settlement Procedures Act, 12 U.S.C. § 2607.

FILED
RICHARD D. SLETTEN, CLERK AUG 02 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

> The class does not include any officers, directors, or employees of Burnet Title Company, the Court or its personnel, or any attorneys of record in this action.

2. Plaintiff is designated the named representative of the class.

Dated: July 31st, 2001

JAMES M. ROSENBAUM
United States District Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500