ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**THERESA BOSCHEE**, and all others similarly situated,

Plaintiff,

vs.

**BURNET TITLE, INC.**,

Defendant.

No. 00-CV-194 (JMR/FLN)

---

**ORDER**

The above-described action came on for hearing before the undersigned Magistrate Judge upon motion of defendant Burnet Title, Inc. for a stay of certain activities in the action.

Appearances of counsel were noted on the record.

The Court having heard arguments of counsel, having reviewed the submissions of the parties, having considered all of the files, records, and proceedings in this action, and being otherwise fully advised,

**IT IS HEREBY ORDERED** as follows:

1. All discovery and motion practice, except discovery and motion practice relating to the individual claims of plaintiff Theresa Boschee and any defenses to those claims, are stayed until the United States Court of Appeals for the Eighth Circuit has decided Appeal No. 01-3263, which addresses the District Court's Order dated August 2, 2001 granting class certification.

NOV 7 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The production of a list of class members and the sending of notice to the plaintiff class are stayed until the Eight Circuit has decided Appeal No. 01-3263.

3. The deadlines set forth in the Pretrial Schedule dated October 1, 2001 are suspended. After the Eighth Circuit has decided Appeal No. 01-3263, counsel for the parties shall advise the undersigned, and the Court shall convene proceedings necessary to set a new pretrial schedule for the action.

Date: November 5, 2001.

Franklin L. Noel
Chief United States Magistrate Judge

M2:20418682.01

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500