UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-194(JMR/FLN)

Theresa Boschee, and all others similarly situated )

v. ) ORDER

Burnet Title Co. )

Plaintiff seeks clarification of this Court's August 1, 2001, Class Certification Order certifying, inter alia, all persons who entered into a "federally funded or insured" real estate loan. Plaintiff seeks instead certification of all persons who entered into a "federally related" mortgage loan, as that term is used in Section 8 of the Real Estate Settlement Procedures Act of 1974. Defendant opposes the clarification, and contends that the Court should defer ruling on the motion until the Eighth Circuit Court of Appeals has ruled on defendant's pending interlocutory appeal of its August 2, 2001, Order pursuant to Rule 23(f) of the Federal Rules of Civil Procedure. On November 5, 2001, Chief Magistrate Judge Franklin L. Noel granted a stay of all discovery and motion practice, except that relating to the individual claims of plaintiff Theresa Boschee and any defenses to those claims, until the Court of Appeals has decided the interlocutory appeal.

Based on the plain language of Rule 23(f), this Court retains jurisdiction over plaintiff's present motion. Fed. R. Civ. Pro. 23(f) ("An appeal does not stay proceedings in the district court unless the district court or the court of appeals so orders.").

FILED
RICHARD D. SLETTEN, CLERK
JAN 3 0 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

Magistrate Judge Franklin L. Noel's November 5, 2001, order staying all discovery and motion practice, except that relating to the individual claims of plaintiff Theresa Boschee, does not change this rule.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Plaintiff's motion to clarify class definition is granted. [No. 41.]

2. The Court modifies its August 1, 2001, Order as follows:

> The class includes all persons who (1) entered into a federally related real estate loan between January 26, 1994, and the present; and (2) paid Burnet Title Company for a courier fee, plat drawing/inspection fee, assessment fee, or other similarly named fee for services related to that loan; if (3) the fee paid for the service was more than Burnet Title Company paid to the third-party vendor that provided the service.
>
> Those class members who paid for one of the above services after January 25, 1999, may also pursue claims under the Federal Real Estate Settlement Procedures Act, 12 U.S.C. § 2607.
>
> The class does not include any officers, directors, or employees of Burnet Title Company, the Court or its personnel, or any attorneys of record in this action.

Dated: January 29th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge