AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Theresa Boschee, and all others similarly situated,

V.

Burnet Tile, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-194 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's motion for summary judgment is granted in part and denied in part.

Plaintiff's claim under the Real Estate Settlement Procedures Act of 1974 is dismissed.

Plaintiff's claims under the Minnesota Consumer Fraud Act and the Minnesota Deceptive Trade Practices Act are dismissed without prejudice.

Defendant's motion to decertify the class is denied as moot.

October 6, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie Rustad, Deputy Clerk

111

Modified:03/10/03